McKercher et v. King Lum. Co. et ...............19753
Middleton v. Jacob Laub Baking Co. ...........19775
Mosier et v. Shelton et .........................19702
New Amsterdam Cas. Co v. Nadler et ..........19766

## GENERAL DOCKET

18975—Buckeye Churn Co. v. Roy E. Abbott; error to Shelby Appeals Judgment affiirmed. Marshall, C. J. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-24-25 ; 3 Abs. 146.

19025—Robert E. Tuck v. George Chapple; error to Cuyahoga Appeals. Judgment affirmed. James Matthias, Day and Allen; JJ., concur. Dock. 3-18-25 ; Abs. 198.

19026—Amanda Tuck v. George Chapple; error to the Cuyahoga Appeals affirmed. Jones, Matthias, Day and Allen. JJ., concur. Dock. 3-18-25 ; 3 Abs. 195.

19105—George Kuhn v. Cincinnati Traction Co.; error to the Hamilton Appeals. Judgment of Court of Appeals reversed and that of common pleas affirmed. Marshall, C. J., Jones, Matthias, Day. Allen, Kinkade and Robinson, JJ., concur. Dock. 4-25-25 ; 3 Abs. 278 ; OS. Pend. 2 Abs. 182. OS. 2 Abs. 101.

19227—Fred H. Slatmeyer v. Industrial Commission of Ohio; error to the Commission. Demurrer sustained. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Marshall, C. J., dissents. Dock. 6-25-15 ; 3 Abs. 401.

19407—Consolidated Iron-Steel Mfg. Co. v. Industrial Commission ; error to the Commission. Dismissed on authority of Slatmeyer v. Industrial Commission this day decided. Jones, Matthias, Day, and Kinkade, JJ., concur. Dock. 11-6-25 ; 3 Abs. 706

19465—Bessie B. Kimbark v. Timken Roller Bearing Co.; error to the Stark Appeals. Judgment reversed. Marshall, C. J., Matthias, Allen, Kinkade and Robinson JJ., concur. Dock. 12-10-25 ; 3 Abs. 762.

19490—Canton City et al. v. Mid-Continent Producers & Refiners Corp. et; error to the Stark Appeals. Judgment affirmed on authority of Cincinnati v. Cook. 107 Ohio St., 223. Matthias, Day Kinkade and Robinson, JJ., concur. Dock 12-15-15 ; 4 Abs. 10.

19496—John A. Zangerle, Aud., et al. v. State of Ohio ex Walther ; error to Cuyahoga Appeals. Judgment affirmed. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Marshall, C. J., and Allen, J., dissent. Dock. 12-17-25 ; 4 Abs. 24.

19516—Mary S. Hull v. Industrial Commission ; error to the Commission. Dismissed on authority of Slatmeyer v. Industrial Commission, this day decided. Jones, Matthias Day, and Kinkade. JJ., concur. Dock 12-28-15 ; 3 Abs. 24.

19527—W. W. Helwig v. Warren State Bank ; error to the Trumbull Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias and Day, JJ., concur. Dock. 1-2-26 ; 4 Abs. 40 ; OS. Pend. 4 Abs. 30.

19553—Earnst R. Early v. Co-operative Pure Milk Assn. et; error to the Butler Appeals. Judgment affirmed. Marsha C. J., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Dock. 1-9-26 ; 4 Abs. 56 ; OS. Pend. 4 Abs. 95.

19613—Dayton & Xenia Motor Bus Co. et al. v. Public Utilities Commission ; error to the Commission. Order reversed. Marshall C. J., Jones, Matthias, Allen, Kinkade and Robinson, J., concur. Dock. 2-5-26 ; 4 Abs. 112.

19618—S. L. Ghater v. Fostoria (City) et al ; error to the Seneca Appls. Judgment reversed. Marshall, C. J., Matthias, Day Allen, Kinkade and Robinson, JJ., concur. Dock. 2-8-26 4 Abs. 112 ; OS. Pend. 4 Abs. 304.

19695—State of Ohio ex. Christman v. Hocking County Bd. Ed. et al. In Mandamus. Demurrer to petition overruled and writ allwed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-18-26 ; 4 Abs. 208.

19696—State of Ohio, ex Perry v. Hocking County Bd. Ed. et al. In Mandamus. Demurrer to petition overruled and writ allowed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-18-26 ; 4 Abs. 208.

19717—George W. Jackson v. William Rutherford et al; error to the Morrow Appeals. Dismissed ; no const. question involved. Marshall, C. J., Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 3-26-26 ; 4 Abs. 223.

19827—State of Ohio, ex rel. Mercer Casualty Co. v. Harry L. Conn, Sup. Insurance. In Mandamus. Cause dismissed on motion of plaintiff, without record, costs paid. Dock. 5-19-26 ; 4 Abs. 338.

## MOTION DOCKET

19702—Benjamin Mosier et al v. Claiborn V. Sheldon et al. Motion for Gallia Appeals to certify. Overruled. Dock. 3-22-26 ; 4 Abs. 208.

19711—Edward J. Frost v. Mary O'Kross. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-24-26 ; 4 Abs. 208.

19712—Harris E. Mason v. E. C. Tremayne. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 3-25-26 ; 4 Abs. 208.

19717—George W. Jackson v. William Rutherford et al. Motion for Morrow Appeals to certify. Overruled. Dock. 3-26-26 ; 4 Abs. 223.

19717—George W. Jackson v. William Rutherford. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 3-26-26 ; 4 Abs. 223.

19730—Builders Supply & Fuel Co. v. Milton A. Vouwie, Admr. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-30-26 ; 4 Abs. 223.

19740—City Commission of Gallipolis, (City) v. Ohio Utilities Co. Motion for Gallia Appeals to certify. Overruled. Dock. 4-2-26 ; 4 Abs. 238.

19744—Di Foti Construction Co. v. Earnest A. Scott. Motion for Summit Appeals to certify. Overruled. Dock. 4-3-26 ; 4 Abs. 238.

19751—Cleveland Railway Co. v. Magdaline McGinty, a minor, etc. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 4-1-26 ; 4 Abs. 255 ; OS. Pend. 4 Abs. 336.

19753—J. A. McKercher et v. John C. King Lumber Co. et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-7-26 ; 4 Abs. 255 ; **OS. Pend. 4 Abs. 387.**

19765—Guardian Sav . & Tr. Co. v. Akron Scrap Iron Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-12-26 ; 4 Abs. 255.

1976—New Amsterdam Cas. Co. v. Charles Nadler et. Motion for Mahoning Appeals to certify. Allowed. Dock. 4-12-26 ; 4 Abs. 255.

19770—Sarah Katz v. Celia Adelstein. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-13-26 ; 4 Abs. 274.

19775—Katherine Middleton v. Jacob Laub Baking Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-16-26 ; 4 Abs. 274.

19781—A. R. Linn v. Continental Refining Co. et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-20-26 ; 4 Abs. 284.

19781—A. R. Linn v. Continental Refining Co. et. Motion by defendant to strike motion to certify record from files. Sustained. Dock. 4-20-26 ; 4 Abs. 284.

19813—Jennie Greenberg v. Cleveland (City) Bd. Ed. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-10-26 ; 4 Abs. 322.

19859—Edwin F. Kellogg v. Murray Seasongood et al., as members, etc. Motion for temporary injunction. Overruled. Dock. 6-2-26 ; 4 Abs.